MOSLEY v. FINANCE CO.

No. 134 PC.

Case below: 36 N.C. App. 109.

Petition by plaintiffs for discretionary review under G.S. 7A-31 denied 14 July 1978.

RIDGE v. WRIGHT

No. 113 PC.

Case below: 35 N.C. App. 643.

Petition by defendants for discretionary review under G.S. 7A-31 denied 14 July 1978.

SAWYER v. COX

No. 164 PC.

Case below: 36 N.C. App. 300.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. BASS

No. 173 PC.

Case below: 36 N.C. App. 500.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.

STATE v. BOYD

No. 137 PC.

Case below: 36 N.C. App. 155.

Petition by defendant for discretionary review under G.S. 7A-31 denied 14 July 1978.